**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

```
ELSIE LOUISE WINTERS,          )
                               )
              Plaintiff,       )
                               )   Civil Action No. 04-1931
        v.                     )   Judge Terrence F. McVerry/
                               )   Magistrate Judge Sensenich
BROOKVILLE HOSPITAL,           )
                               )
              Defendant,       )
                               )
```

<u>**ORDER**</u>

On January 13, 2003, this case was referred to United States Magistrate Judge Ila Jeanne Sensenich for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation filed on June 30, 2006, recommended that the Defendant's Motion for Summary Judgment be granted.

The parties were allowed (10) days from the date of service to file objections. Service was made on all parties.  No objections have been filed to the Report and Recommendation.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, and objections thereto, the following order is entered:

AND NOW, this 25<u>th</u> day of <u>July</u>, 2006;

IT IS HEREBY ORDERED that the Defendant's Motion for summary Judgment is granted.

The Report and Recommendation of Magistrate Judge Sensenich, dated, June 30, 2006 is adopted as the opinion of the Court.


                              <u>s/ Terrence F. McVerry</u>
                              United States District Judge


cc:  Ila Jeanne Sensenich
     United States Magistrate Judge

     Jerome J. Kaharick, Esq.
     Email: jkaharick@verizon.net

     Michael J. Stief, III, Esq.
     Marijane E. Treacy, Esq.
     Email: stiefm@jacksonlewis.com
     Email: treacym@jacksonlewis.com